

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 17, 2007

MEMO ENDORSED

**BY HAND**
Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

    Re:    <u>United States v. Anthony Kirkland,</u>
             06 Cr. 1150 (DC)

Dear Judge Chin:

    Last Wednesday, the defendant was arrested on a sealed indictment and the above-referenced case was wheeled out to Your Honor. The Government respectfully submits a copy of the Indictment for the Court's review. In consultation with Chambers and defense counsel, an initial pre-trial conference has been scheduled for Tuesday, April 24, 2007, at 4:30 p.m.

    The Government respectfully requests that time be excluded in the above-referenced matter for purposes of the Speedy Trial Act from today until April 24, 2007, the date of the initial pretrial conference. The Government makes this request, with the consent of counsel for the defendant, to permit the Government time to begin gathering and producing discovery, to permit defense counsel time to review the Indictment and discovery with her client, and to permit the Government and the defense time to consider the possibility of a disposition before trial. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). Yesterday, I received a message from Annemarie Hassett, Esq., counsel for the defendant, who consented to this request.

*The time is excluded, in the interest of justice. SO ORDERED.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Alexander J. Willscher
Assistant United States Attorneys
P: (212) 637-2736
F: (212) 637-0016

USDJ 4/17/07

Enclosure

cc:    Annemarie Hassett, Esq. (by fax w/out enclosure)