# GOODWIN | PROCTER

Annemarie Hassett
212.459.7466
ahassett@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800
F: 212.355.3333

June 21, 2007



RECEIVED
21 2007
JUDGE CHIN'S CHAMBERS

Via Fax (212-805-7906) & First Class Mail

David Tam, Deputy Clerk for
The Honorable Denny Chin
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07

Re:   Re:   **United States v. Anthony Kirkland**
            **06 Cr. 1150 (DC)**

Dear Mr. Tam:

I am counsel for Anthony Kirkland. I write to confirm that, as we discussed by telephone yesterday, the Court has agreed, and the parties consent, that the court conference that was scheduled for today at 4:30 in the above-referenced matter is rescheduled for July 11 at 4:30. Mr. Kirkland agrees to the exclusion of time to July 11, 2007.

Sincerely,

Annemarie Hassett

cc:   Anthony Kirkland (by First Class Mail)
      AUSA Alexander Willscher, Esq. (by email and First Class Mail)

**MEMO ENDORSED**

Approved. The time until 7/11/07 is excluded for speedy trial purposes. SO ORDERED.

UPDJ 6/21/07