

Annemarie Hassett
212.459.7466
ahassett@goodwinprocter.com

**MEMO ENDORSED**

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800
F: 212.355.3333

> There is no need to "turn off" the electronic monitoring. Mr. Kirkland is granted permission to attend the family dinner, as noted below in this letter.
>
> So ORDERED
>
> USDJ 6/27/07

June 26, 2007

Via Fax (212-805-7906) & First Class Mail

The Honorable Denny Chin
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

Re:　United States v. Anthony Kirkland
　　　06 Cr. 1150 (DC)

Dear Judge Chin:

I am counsel for Anthony Kirkland. In compliance with pre-trial services' requirements, Mr. Kirkland seeks a court order that his electronic monitoring be turned off at 7:30 p.m. so that he may attend a family dinner being given in his honor on Saturday, June 30th. Because a number of Mr. Kirkland's relatives are traveling in from Long Island, the dinner is scheduled to start at around 8 p.m. The location of the family dinner is 4082 Wilder Avenue, the home of Mr. Kirkland's older cousin, Debbie. Due to the nature of the family occasion and the travel time required for Mr. Kirkland to return to his residence, his electronic monitoring would need to be turned off until around 1:30 a.m. AUSA Alexander Willscher has been notified and has no objection to these terms.

Sincerely,

Annemarie Hassett

cc:　Anthony Kirkland (by First Class Mail)
　　　AUSA Alexander Willscher, Esq. (by email and First Class Mail)